Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAYDAN GEORGY BUSSEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR26-049 JNW<br><br>ORDER TO SEAL DOCUMENTS IN COURT FILE |

This Court, having reviewed the record in this matter, finds that (1) there are compelling reasons to seal Defendant's Sentencing Memorandum and Exhibits 1, 4, 5, 6, 7, 8, and 10, filed under Dkt. No. 27, because of the non-public and sensitive material contained therein; (2) there is a substantial probability that this compelling reason would be harmed if the documents are filed publicly; (3) there are no alternatives to sealing that would adequately protect the public interest, and ORDERS that Defendant's Sentencing Memorandum and Exhibits 1, 4, 5, 6, 7, 8, and 10 be sealed.

Dated this Tuesday, July 21, 2026.

JUDGE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

//

//

//



**MUTH ATWOOD PLLC**
1000 Second Avenue, Suite 2530
Seattle, WA 98104
TEL: 206-682-3053

Presented by:

MUTH ATWOOD PLLC

*s/ Amy I. Muth*

Amy I. Muth, WSBA #31862
Attorney for Paydan Bussey
1000 Second Avenue, Suite 2530
Seattle, WA 98104
(206) 682-3053
(206) 267-3049 (fax)
amy@muthatwood.com